

DESIREE M. GARGANO
ASSOCIATE
DIRECT DIAL 516.296.7160
dgargano@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

> Defendants' letter-motion seeking an adjournment of the telephonic conference (the "Conference") scheduled for Wednesday, September 14, 2022 at 4:00 pm (ECF No. 43) is GRANTED, and the Conference is ADJOURNED sine die.  By **Tuesday, October 4, 2022**, the parties shall file a joint status letter advising the Court of (i) the status of settlement discussions between the parties, and (ii) whether the parties are interested in scheduling a conference with the Court.
>
> The Clerk of Court is respectfully directed to close ECF No. 43.
>
> SO ORDERED 09/13/22
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Velasquez v. Garrymore Restaurant Inc., et al.,*
      SDNY Case No.: 21-CV-09407(AT)(SLC)

Dear Honorable Cave:

This firm represents the defendants, Garrymore Restaurant Inc. d/b/a Niles, CO'R Restaurant L.L.C. d/b/a O'Reilly's Pub & Restaurant, M.C.T. Restaurants Inc. d/b/a Finn MacCool's, and Cornelius O'Reilly (hereinafter collectively referred to as the "Defendants"), in connection with this matter.

I am respectfully requesting an adjournment of the telephone conference scheduled for Wednesday, September 14, 2022 at 4:00 p.m. inasmuch as the undersigned is scheduled to appear in federal court in Central Islip, before Honorable Steven Tiscione regarding *Bland v. Raia, et al.,* EDNY Case No.: 18-CV-04839(ST) at 2:00 p.m. tomorrow in connection with a trial scheduled for Monday, September 19, 2022.

In the meantime, the parties in this matter have been engaged in settlement discussions and we are requesting an adjournment of approximately thirty days in order to enable the parties to conclude the settlement.

Counsel for plaintiff does not consent to this adjournment.

Thank you for your courtesies.

Respectfully Submitted,

Douglas E. Rowe

DER:ga
cc:   All Counsel of Record (Via ECF)