```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALFREDO MARCELO AGAPITO VELASQUEZ,

                Plaintiff,

      v.

GARRYMORE RESTAURANT INC. d/b/a
NILES, CO'R RESTAURANT L.L.C, d/b/a
O'REILLY'S PUB & RESTAURANT,
M.C.T. RESTAURANTS INC. d/b/a
FINN MACCOOL'S, and CORNELIUS O'REILLY,

                Defendants.

Case No: 21-CV-09407(AT)

**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Garrymore Restaurant Inc. d/b/a Niles, CO'R Restaurant L.L.C, d/b/a O'Reilly's Pub & Restaurant, M.C.T. Restaurants Inc. d/b/a Finn McCool's, and Cornelius O'Reilly (collectively the "Defendants") having offered to allow Alfredo Velasquez (the "Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of legal fees, with respect to Plaintiffs individual federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 31, 2022 and filed as Exhibit A to Docket Number 47;

      **WHEREAS**, on October 31, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 47);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Alfredo Velasquez, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 31, 2022 and filed as Exhibit A to Docket Number 47.

**SO ORDERED:**

Dated: November 2, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge